# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>OSCAR FRANKLIN TOMLIN, JR.,<br><br>　　　　　　　　Defendant. | CR-24-87-GF-BMM<br><br>**ORDER ON<br>MOTION TO DISMISS** |

　　　A grand jury issued an Indictment on October 17, 2024, charging Oscar Franklin Tomlin, Jr. ("Tomlin") with being a prohibited person in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (Doc. 2.) Tomlin moved to dismiss the charges contained in the Indictment on July 25, 2025. (Doc. 23.) Tomlin pleaded guilty to Count I of the Indictment and true to the Government's request for forfeiture of any firearm related to the instant offense on November 25, 2025. (Doc. 34.)

　　　Tomlin contends that 18 U.S.C. § 922(g)(1) violates his Second Amendment Rights pursuant to *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022). (Doc. 24 at 2.) The Ninth Circuit recently rejected this argument en banc in *United States v. Duarte*, 137 F.4th 743 (9th Cir. 2025). Pursuant to Tomlin's plea of guilty and the Ninth Circuit's decision in *United States v. Duarte*, the Court denies

1

Tomlin's motion to dismiss. Tomlin may elect to appeal the Court's decision to preserve his claims in light of the pending petition in *United States v. Duarte* at the United States Supreme Court.

Accordingly, **IT IS ORDERED** that Tomlin's Motion to Dismiss (Doc. 23) is **DENIED**.

DATED this 25th day of November, 2025.

_____
Brian Morris, Chief District Judge
United States District Court